CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 13 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MARIO DEMARN WALLER | ) Case No: 4:09cr00032-001 |
| | ) USM No: 14093-084 |
| Date of Previous Judgment: 11/04/2011 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **78** months **is reduced to** **72 months*** .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 15 | Amended Offense Level: | 13 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 18 to 24 months | Amended Guideline Range: | 12 to 18 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

* Defendant's sentence is reduced to 72 months, but not less than time served. Defendant's sentence consists of twelve (12) months on Count 4 and sixty (60) months on Count 6, which are to be served consecutively.

Except as provided above, all provisions of the judgment dated **11/04/2011** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4-13-15

Judge's signature

Effective Date: 11/01/2015
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title